**Owen Randolf FLIPPINGS, Plaintiff-Appellant,**

**v.**

**US HOME MORTGAGE, Defendant-Appellee.**

**No. 17-1882**

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

Owen Randolf Flippings, Appellant Pro Se. David Edmund Worthen, QUARLES & BRADY LLP, Washington, D.C., for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Randolf Flippings appeals the district court's orders dismissing his civil complaint and denying reconsideration of that decision. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Flippings v. US Home Mortg.*, No. 8:15-cv-04021-TDC (D. Md. May 2, 2017 & July 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*